USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-2-18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------- X

MICHAEL CAMPBELL,

        Petitioner,

  -against-

UNITED STATES OF AMERICA,

        Respondent.

---------------------------------- X

No. 16 Civ. 5080 (JFK)
No. 11 Cr. 912 (JFK)
**ORDER**

**JOHN F. KEENAN, United States District Judge:**

    In light of Chief Judge McMahon's Standing Order, dated June 8, 2016, relating to the United States Supreme Court's decision in Johnson v. United States, 135 S. Ct. 2551 (2015), and the fact that neither party has supplemented the petition or otherwise notified the Court that this case is ripe for resolution, it is hereby

    ORDERED that this case is stayed pending final resolution of potentially relevant decisions of the United States Supreme Court and Second Circuit.

    IT IS FURTHER ORDERED that the parties shall notify the Court promptly upon the resolution of any pending decision that bears on the relief requested in this petition.

**SO ORDERED.**

Dated:    New York, New York
            February 2, 2018

                                        John F. Keenan
                                  United States District Judge