

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 14, 2020

**BY ECF**



The Honorable John F. Keenan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

      Re:    *United States v. Michael Campbell,* **16 Cv. 5080 (JFK); 11 Cr. 912 (JFK)**

Dear Judge Keenan:

    By Order dated June 9, 2020, with the consent of the defendant, this Court granted a three-month stay in the above-cautioned habeas proceedings, pending resolution of the potentially relevant appeal in *United States v. Darren Morris*, Dkt. No. 16-6. (*See* Dkt. No. 334). The Court further directed the parties to file a joint status letter with the Court no later than September 14, 2020.

    The *Morris* appeal—which is fully briefed and was argued before the Second Circuit on June 25, 2020—remains pending before the Second Circuit. Because the exact issue presented in this case is likely to be decided by the Second Circuit in the *Morris* appeal, the Government seeks a further stay of the instant habeas proceedings. The prospect of a Second Circuit decision bearing on the merits of the defendant's claims weighs in favor of a continued stay. *See Wang v. United States*, No. 13-CV-3524 DLI, 2015 WL 1966465, at *2 (E.D.N.Y. Apr. 30, 2015) (staying habeas proceedings pending the disposition of a Supreme Court case involving "the same question of law," in the interest of "judicial economy"); *see also Louis Vuitton Malletier S.A. v. LY USA, Inc.*, 676 F.3d 83, 96 (2d Cir. 2012) ("'[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants.'" (quoting *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936))).

    Accordingly, the Government respectfully requests that the instant 2255 petition remain stayed pending the Second Circuit's decision in *Morris*. I have conferred with Barry Leiwant, Esq., counsel for the defendant, who has informed me that he consents to this application. The

Honorable John F. Keenan
September 14, 2020

Government further respectfully requests that the Court set a deadline for a status update letter from the parties in approximately three months' time.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

By: _____
Christopher J. DiMase
Assistant United States Attorney
(212) 637-2433

cc:   Barry Leiwant, Esq. (by electronic mail)

**MEMO ENDORSED**

Defense counsel having no objection, the Government's request to continue the stay pending resolution of potentially relevant cases before the Second Circuit is GRANTED. The parties shall file a joint status update by no later than January 4, 2021.

SO ORDERED.

Dated:  New York, New York
        September 29, 2020

_____
John F. Keenan
United States District Judge

2