

# Federal Defenders
## OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

*David E. Patton*
Executive Director
and Attorney-in-Chief

*Appeals Bureau*
*Barry D. Leiwant*
Attorney-in-Charge

July 27, 2022

**BY ECF**
Hon. John F. Keenan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: **United States v. Michael Campbell,**
    **docket nos. 11-cr-912 (JFK), 16-civ-5080 (JFK)**

Your Honor:

      Federal Defenders of New York represents Michael Campbell on his motion pursuant to 28 U.S.C. § 2255 challenging his convictions under 18 U.S.C. § 924(c). The Court denied that motion in an opinion and order dated July 13, 2022. Due to the press of work and because the attorney who originally filed the 2255 motion has left the office, I am writing to respectfully request an extension, to August 10, 2022, to determine whether to file a motion for reconsideration. Assistant United States Attorney Jacob Fiddelman has informed me that he consents to this request.

      If you have any questions, please feel free to call me at 212-417-8763. Thank you for your attention to this matter.

Respectfully,

*Barry D. Leiwant*

**BARRY D. LEIWANT**
Attorney-in-Charge

---

```
The Government having no objection, the Defendant's
request is GRANTED.  Any motion for reconsideration
must be filed on or before August 10, 2022.

SO ORDERED.

Dated: New York, New York
       July 28, 2022
```

*John F. Keenan*
John F. Keenan
United States District Judge