UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA            :
                                    :   No. 11 Cr. 912 (JFK)
     -against-                      :   No. 16 Civ. 5080 (JFK)
                                    :
MICHAEL CAMPBELL,                   :   ORDER
                                    :
               Defendant.           :
------------------------------------X

**JOHN F. KEENAN, United States District Judge:**

The Government is directed to file a response to Defendant Michael Campbell's motion for reconsideration, (ECF No. 390), of this Court's July 13, 2022, Opinion and Order, (ECF No. 378), which denied his motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. The Government's response is due no later than August 24, 2022.

**SO ORDERED.**

Dated:  New York, New York
        August 10, 2022

                                        John F. Keenan
                                        United States District Judge