

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 12, 2023

**BY ECF**

The Honorable Ronnie Abrams
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

The Honorable Richard M. Berman
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
June 12, 2023

Re:   *United States v. Darren Morris, et al.*
      **11 Cr. 912 (RA) (RMB)**

Dear Judge Abrams and Judge Berman:

   The undersigned Assistant United States Attorney is leaving the United States Attorney's Office for the Southern District of New York. Accordingly, the Government respectfully requests that the Court direct the Clerk of Court to terminate the appearance of the undersigned counsel on the above-captioned docket.

                    Respectfully submitted,

                    DAMIAN WILLIAMS
                    United States Attorney

             By:    */s/ Christopher J. DiMase*
                    Christopher J. DiMase
                    Assistant United States Attorney
                    Southern District of New York
                    (212) 637-2433