UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>MICHAEL CAMPBELL,<br><br>Defendant. | 11-CR-912 (RA)<br><br>ORDER |

RONNIE ABRAMS, District Judge:

On July 1, 2014, Michael Campbell was sentenced principally to a term of imprisonment of 30 years. By letter received on January 18, 2024, Mr. Campbell requested that this Court grant a sentence reduction pursuant to Amendment 821 to the Sentencing Guidelines, which went into effect on November 1, 2023 and applies retroactively. The United States Probation Department has issued a report stating its position that Mr. Campbell is precluded from receiving a sentence reduction because he was sentenced to the mandatory minimum term of imprisonment. The Court has considered Mr. Campbell's submission and the record in this case.

It is hereby ORDERED that Mr. Campbell's motion is denied. The Court agrees with the Probation Department that Mr. Campbell is precluded from receiving a sentence reduction because he was sentenced to the mandatory minimum term of imprisonment. *See United States v. Rivas*, 808 F. Supp. 2d 603, 603 (S.D.N.Y. 2011). The Clerk of Court is respectfully directed to mail a copy of this order to Mr. Campbell.

SO ORDERED.

_____
Ronnie Abrams
United States District Judge

Dated:  February 1, 2024
        New York, New York