UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>MICHAEL CAMPBELL,<br><br>Defendant. | No. 11-cr-912 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

On April 4, 2025, the Court docketed a pro se motion for a reduced sentence filed by Defendant Michael Campbell. *See* Dkt. 546. The Government shall respond to Mr. Campbell's motion no later than April 28, 2025. The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Campbell (90734-054) at United States Penitentiary Atwater, P.O. Bo. 019001, Atwater, CA 95301.

SO ORDERED.

Dated:   April 7, 2025
         New York, New York

_____
Ronnie Abrams
United States District Judge