UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | No. 11-CR-912-02 (RA) |
| v. | 16-CV-5080 (RA) |
| MICHAEL CAMPBELL, | ORDER |
| Defendant. | |

RONNIE ABRAMS, United States District Judge:

ORDER as to Michael Campbell: In light of the mandate issued by the Second Circuit on

May 28, 2026, the parties shall jointly propose dates for resentencing as well as any supplemental

submissions in connection therewith.

SO ORDERED.

Dated:    June 5, 2026
          New York, New York

          _____
          Ronnie Abrams
          United States District Judge