**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

August 26, 2026

**BY ECF**
The Honorable Ronnie Abrams
United States District Court
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York 10007

The re-sentencing is scheduled for December 11, 2026 at 2:00 p.m. Mr. Campbell's sentence submission is due November 30, 2026 and the Government's sentence submission is due December 4, 2026.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
August 26, 2026

**Re: *United States v. Michael Campbell*, 11 Cr. 912 (RA)**

Dear Judge Abrams:

The parties submit this letter in response to the Court's order dated June 5, 2026, directing the parties to propose a date for resentencing and any supplemental submissions. The parties respectfully ask that the Court schedule resentencing for a date between December 7, 2026, and December 18, 2026. As for submissions, consistent with the Court's individual rules, the defendant will file his submission two weeks prior to the resentencing date, and the Government will file its submission one week thereafter. The Government anticipates that members of the victim's family may appear at the resentencing proceeding and give statements pursuant to 18 U.S.C. § 3771(a)(4). The Government will provide any written victim impact statements in advance of sentencing, upon their receipt.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

by: ______________________________
William K. Stone
Assistant United States Attorney
(212) 637-2521

cc: Timothy Haggerty, Esq. (by ECF)